## SMITH *v.* THE STATE.

*Lumpkin, J.*—The evidence warranted the verdict, and there being no complaint that any error of law was committed at the trial, no cause is shown for overruling the discretion of the court below in refusing to set the verdict aside.
*Judgment affirmed.*

Argued December 7,—Decided December 17, 1896.

Accusation of larceny from the house. Before Judge Berry. Criminal court of Atlanta. September term, 1896.

*J. E. Robinson*, for plaintiff in error.
*J. F. O'Neill, solicitor,* contra.